No. 57. CONRAD T. STRUCKMANN AND ERNST C. H. W. WAEGE, APPELLANTS, v. THE UNITED STATES. Appeal from the Court of Claims. Argued November 13, 1911. Decided December 4, 1911. *Per Curiam.* Judgment affirmed. *United States* v. *Heinszen*, 206 U. S. 370. *Mr. Edward S. Hatch, Mr. Vincent P. Donihee* and *Mr. Walter F. Welch* for the appellants. *The Attorney General* and *The Solicitor General* for the appellee.

---

No. 148. WILLIAM BAIRD, PLAINTIFF IN ERROR, v. ALLEN P. HOWISON ET AL. In error to the Supreme Court of the State of Alabama. Motion to dismiss submitted December 4, 1911. Decided December 11, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Dewey* v. *Des Moines*, 173 U. S. 193, 198, and cases cited; *Haire* v. *Rice*, 204 U. S. 291, 301; *Thomas* v. *Iowa*, 209 U. S. 258; *Waters-Pierce Oil Co.* v. *Texas*, 212 U. S. 112, 118; *Goodrich* v. *Ferris*, 214 U. S. 71, 79. *Mr. Alexander M. Garber* for the plaintiff in error. *Mr. John P. Tillman* for the defendant in error.

---

No. 306. C. L. VAN SICE, APPELLANT, v. THE IBEX MINING COMPANY. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted December 11, 1911. Decided December 18, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Bagley* v. *General Fire Extinguisher Company*, 212 U. S. 477; *Macfadden* v. *United States*, 213 U. S. 288, 293; *Pope* v. *Louisville, New Albany &c. Railway Company*, 173 U. S. 573, 577, and cases cited. *Mr. Edwin H. Park* for the appellant. *Mr. Charles Cavender* and *Mr. Gerald Hughes* for the appellee.